JUDGE SULLIVAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT G. LOPEZ, an individual, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 16 CV 4395 |
| ZUMIEZ, INC. | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

## COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION AND RELATED CLAIMS

Plaintiff, Robert G. Lopez, alleges his complaint against Defendant, Zumiez, Inc., as follows:

### NATURE OF THE ACTION

1. This action arises from Defendant's infringement of Plaintiff's "ownership" and exclusive "use" rights in the mark LES NYC® and LOWER EAST SIDE™, in conjunction with clothing and related goods. Despite Plaintiff being the registered owner of the trademark LES NYC® and LOWER EAST SIDE™ and offering various clothing items under such brand names, the Defendant has infringed Plaintiff's rights in the aforementioned marks by advertising, promoting, selling, and offering for sale clothing items under Plaintiff's trademark. Plaintiff has already experienced "actual confusion" in connection with this matter and is likely to continue to experience confusion as to the affiliation or connection between the Defendant and Plaintiff resulting in the unjust enrichment of Defendant by using Plaintiff's registered trademarks.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 15 U.S.C. §1051 *et seq.*, 15 U.S.C. Sections 1114-1116; under Section 43(a) of the Trademark Act, 15 U.S.C. §1125(a) and Section 43(c) of the Trademark Act, 15 U.S.C. §1125(c).

3. This Court has personal jurisdiction over the Defendant because Defendant engages in continuous and significant business activities in, and directed to the State of New York within this judicial district and has a store location in New York County and because Defendant has committed tortuous acts aimed at and causing harm within the State of New York and this judicial district.

4. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c) because it is where Plaintiff resides and the Defendant transacts business and/or maintains an office or business location in this district, and because a substantial portion of the events giving rise to the asserted claims have occurred, and continue to occur, within this district. Furthermore, the damage to Plaintiff and its intellectual property described herein continues to occur in this judicial district.

## THE PARTIES

5. Plaintiff, Robert G. Lopez is an individual residing at 230 Clinton Street, Apt. #11C, New York, NY 10002.

6. Upon information and belief, Defendant Zumiez, Inc. is a Washington corporation with a principal place of business at 4001 204th Street SW – Suite B, Lynnwood, Washington 98036.

## FACTS

7. Since at least as early as 1999, Plaintiff Robert G. Lopez has been selling headwear, t-shirts, sweaters, hooded sweatshirts and other clothing items under the LES NYC® and LOWER EAST SIDE™ brand names.

8. Since at least as early as 1999, Plaintiff has been independently operating a clothing business under the trade name L.E.S. CLOTHING CO.™, which has sold headwear, t-shirts, sweaters, hooded sweatshirts and other related clothing items under the marks LOWER EAST SIDE™, and LES NYC®. Since at least as early as 2010, Plaintiff has also been selling clothing items under the mark LOYALTY EQUALS STRENGTH™ that is an additional representation for the acronym LES™.

9. In addition to selling and offering for sale clothing items under the LOWER EAST SIDE™, LES NYC® LES CLOTHING CO.™, LES™ and LOYALTY EQUALS STRENGTH™ brand names, Plaintiff has also continuously sold and offered for sale various clothing items including hooded sweatshirts which bear the LOWER EAST SIDE™ mark in various font and design styles which are prominently displayed on the front and/or back of the headwear, t-shirts and/or sweaters.

10. Plaintiff sells, and promotes the sale of his clothing via his website www.lesclothing.com, through order forms, and his t-shirts and sweaters are also available for sale in several retail locations in New York and other States.

11. Plaintiff advertises his LES CLOTHING CO™, LOWER EAST SIDE™ and LES NYC® brands and clothing items through flyers, posters, stickers and through grass root street marketing methods such as painted "street murals." Plaintiff also regularly conducts photo shoots of customers who purchase his LOWER EAST SIDE™ and LES NYC® clothing items to be included in magazine advertisements and marketing materials.

12. Plaintiff is the registered owner of United States Trademark Registration No. 4,549,880 for the mark LES NYC®. **(See Exhibit A)**.

13. Plaintiff is the registered owner of New York State Trademark Registration No. R31067 for the mark LOWER EAST SIDE™. Plaintiff is also the registered owner of several copyrights for LOWER EAST SIDE™ and LES™ related designs and artwork. **(See Exhibit B)**.

14. Plaintiff is informed and believes and thereon alleges that Defendant is advertising, marketing, promoting, selling and offering for sale a t-shirt under the LOWER EAST SIDE™ mark and is also promoting the t-shirt under the title and heading 'OBEY Lower East Side' T-Shirt combining Plaintiff's trademark with another brand to show a false affiliation and association under Plaintiffs brand. **(See Exhibit C)**.

15. Plaintiff was contacted by several long-standing customer of his LES CLOTHING CO™ LOWER EAST SIDE™ and LES NYC® clothing products and was asked if the released t-shirt design with the LOWER EAST SIDE™ brand that was sold at Defendants retail stores was a collaborative design created by Plaintiff and Defendant.

16. Defendants use of Plaintiff's LOWER EAST SIDE™ brand in connection with clothing has already caused and will continue to cause confusion as to the source or affiliation of the source of the clothing related goods bearing the LOWER EAST SIDE™ mark.

17. Defendants business status as a major retailer of apparel and accessories also has the capability of causing reverse confusion where consumers of clothing products will think that all LOWER EAST SIDE™ clothing related products are sponsored or produced by Defendant.

## FIRST CAUSE OF ACTION
## TRADEMARK INFRINGEMENT (15 U.S.C. §§ 1114-1116)

18. Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 17 of this Complaint.

19. The use in commerce by Defendant of an identical and slightly identical version of Plaintiff's registered trademark is likely to cause confusion, mistake and deception among members of the public and in trade as to the source, origin, or sponsorship of defendants' goods and services. Such use by defendant constitutes a clear and direct infringement of Plaintiff's rights in and to Plaintiff's registered trademark, and has resulted in injury and damage to Plaintiff that will continue if defendant is not ordered to cease all use of the LES NYC® mark.

## SECOND CAUSE OF ACTION
## UNFAIR COMPETITION & FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a)

20. Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 19 of this Complaint.

21. Plaintiff has the exclusive right to market, brand and provide clothing related goods using the LES NYC® mark.

22. Defendant by reason of the aforementioned acts, have falsely described, represented and designated the origin of its goods and services. Defendants' activities already have confused the public into believing that Defendants and Plaintiff's clothing goods and accessories come from one and the same source, and defendants continued activities are likely to create further confusion and deceive the public concerning the source of the goods/services.

23. Defendant have unfairly profited from the actions alleged herein and will continue to unfairly profit and become unjustly enriched unless and until such conduct is enjoined by this Court.

24. By reason of Defendant's willful acts conducted in conscious disregard for Plaintiff's rights, Plaintiff is entitled to treble damages under 15 U.S.C. § 1117(a).

## THIRD CAUSE OF ACTION
## COMMON LAW TRADEMARK INFRINGEMENT & UNFAIR COMPETITION

25.  Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 24 of this Complaint.

26.  Defendant's conduct constitutes deception by which Defendant goods will be palmed off as those of Plaintiff. Such conduct constitutes trademark infringement and unfair competition in violation of the laws of the State of New York.

27.  Defendant's unauthorized use of Plaintiff's LES NYC® mark is likely to continue to cause further confusion to the public as to the clothing goods and accessories of the respective parties.

28.  By reason of the foregoing, Defendant has infringed and continues to infringe on Plaintiff's common law rights in the LES NYC® mark and defendant has become unjustly enriched by such acts of infringement.

29.  Defendant's unlawful conduct has been and will continue to be willful or willfully blind to Plaintiff's rights, as Defendant has reason to know of Plaintiff's rights.

## FOURTH CAUSE OF ACTION
## UNJUST ENRICHMENT

30.  Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 29 of this Complaint.

31.  Defendant has unjustly retained profits from the sale of clothing goods and accessories bearing Plaintiff's LOWER EAST SIDE™ and/or LES NYC® marks.

32. Defendant's actions constitute unjust enrichment.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for relief as follows:

1. Entry of an order and judgment requiring that all defendant, its subsidiaries, officers, agents, servants, employees, owners, and representatives, and all other persons or entities in active concert or participation with them, be preliminarily and, thereafter, permanently enjoined and restrained from (a) using in any manner the trade name, trademark, domain name or other indicia or origin, including in whole or part the term LOWER EAST SIDE™, LES NYC®, or any colorable imitation thereof; (b) advertising, operating a website, using business stationary or offering any goods or services using the trade name, trademark, domain name, URL, or any other indicia of origin including in whole or part the term LES NYC®, or any colorable imitation thereof; (c) otherwise engaging in any acts of unfair competition and infringement which tend to injure Plaintiff's rights in the LES NYC® mark.

2. That Defendant be required to account to Plaintiff for any and all profits derived by it, and to compensate Plaintiff for all the damages sustained by reason of the acts complained of herein, and that the damages herein be trebled pursuant to the Trademark Act.

3. That Defendant be ordered to deliver up for destruction any and all infringing materials bearing the LOWER EAST SIDE™ and LES NYC® marks, and any colorable imitation thereof, in whole or part.

4. That Plaintiff be awarded punitive damages.

5. That Defendant be required to place advertisements or send notifications to past and present customers that it improperly has been using the LOWER EAST SIDE™ and LES NYC® marks.

6. That Plaintiff be awarded the cost and disbursements of this action.

7. That Plaintiff have such other and further relief as the Court deems just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury as to all issues.

Dated: June 12, 2016
      New York, New York

Respectfully submitted,
Robert G. Lopez – Pro Se

_____
Robert G. Lopez
Pro Se Plaintiff
230 Clinton Street – Apt. #11C
New York, New York 10002
(917) 868-1698

**EXHIBIT A**



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sun Jun 12 03:22:41 EDT 2016

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ____  OR  Jump  to record: ____  **Record 3 out of 5**

TSDR | ASSIGN Status | TTAB Status  ( Use the "Back" button of the Internet Browser to return to TESS)

# LES NYC

| | |
|---|---|
| **Word Mark** | LES NYC |
| **Goods and Services** | IC 025. US 022 039. G & S: Baseball caps and hats; Hooded sweatshirts; Short-sleeved or long-sleeved t-shirts; T-shirts. FIRST USE: 19991200. FIRST USE IN COMMERCE: 19991200 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85335314 |
| **Filing Date** | June 1, 2011 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 1, 2014 |
| **Registration Number** | 4549880 |
| **Registration Date** | June 17, 2014 |
| **Owner** | (REGISTRANT) Lopez, Robert G. INDIVIDUAL UNITED STATES 230 Clinton Street - Apt. #11C New York NEW YORK 10002 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | LIVE |

**EXHIBIT B**

# New York State Department of State
# Certificate of Trademark Registration

I Daniel E. Shapiro, Special Deputy Secretary of State, do certify that the Trademark described below and depicted on the attached copy has been duly registered in this Department pursuant to Article 24 of the General Business Law. This registration will remain in force for TEN years from the Date of Registration.

**Registration Number:** R31067

**Registration Date:** 06/06/07

**Applicant:** ROBERT G. LOPEZ
230 CLINTON STREET APT. #11C
NEW YORK          NY     10002-

**State of Incorporation or Partnership Organization:**

**Class Numbers:** 25

**Date First Used in NYS:** 12/1999

**Date First Used Anywhere** 12/1999

**Trademark Description:**
LOWER EAST SIDE

The mark is comprised of the words "Lower East Side" In stylized letters with an underline and overline.

**Description of Goods:** Clothing, namely, T-shirts, Hooded Sweatshirts, Vest, Hats and Caps as adopted from the USPTO.

WITNESS my hand and the seal of the State of New York In the City of Albany on this:

Thursday, August 16, 2007

by:



Special Deputy Secretary of State

DOS-690 (Rev. 3/01)



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Lopez, Robert G.
Search Results: Displaying 9 of 11 entries



### *LOWER EAST SIDE MURAL.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001753473 / 2010-12-16 |
| **Application Title:** | LOWER EAST SIDE MURAL. |
| **Title:** | LOWER EAST SIDE MURAL. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Robert G. Lopez, 1976- . Address: 230 Clinton Street #11C, New York, NY 10002, United States. |
| **Date of Creation:** | 2007 |
| **Date of Publication:** | 2007-09-25 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Robert G. Lopez, 1976- ; Domicile: United States; Citizenship: United States. Authorship: photograph(s) |
| **Names:** | Lopez, Robert G., 1976- |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▼]  [Format for Print/Save] |
| Enter your email address: [           ] [Email] |

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Lopez, Robert G.
Search Results: Displaying 8 of 11 entries



*LES LIFE Design.*

|   |   |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001872703 / 2013-05-07 |
| **Application Title:** | LES LIFE Design. |
| **Title:** | LES LIFE Design. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Robert G Lopez, 1976- . Address: 230 Clinton Street - Apt. 11C, New York, NY, 10002, United States. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2013-02-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Robert G Lopez, 1976- ; Domicile: United States; Citizenship: United States. Authorship: photograph(s) |
| **Names:** | Lopez, Robert G, 1976- |





---

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Lopez, Robert G.
Search Results: Displaying 3 of 11 entries



*LEFS Design.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001807134 / 2012-02-13 |
| **Application Title:** | LEFS Design. |
| **Title:** | LEFS Design. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Robert G. Lopez. Address: 230 Clinton Street, Apt. 11C, New York, NY, United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-10-10 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Robert G. Lopez; Domicile: United States; Citizenship: United States. Authorship: photograph(s) |
| **Names:** | Lopez, Robert G. |



---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Lopez, Robert G.
Search Results: Displaying 10 of 11 entries



### LOYALTY EQUALS STRENGTH.

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001788619 / 2011-08-29
**Application Title:** LOYALTY EQUALS STRENGTH.
**Title:** LOYALTY EQUALS STRENGTH.
**Description:** Electronic file (eService)
**Copyright Claimant:** Robert G. Lopez, 1976- . Address: 230 Clinton Street, #11C, New York, NY, 10002.
**Date of Creation:** 2011
**Date of Publication:** 2011-07-11
**Nation of First Publication:** United States
**Authorship on Application:** Robert G. Lopez, 1976- ; Domicile: United States; Citizenship: United States. Authorship: photograph(s)
**Names:** Lopez, Robert G., 1976-



| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▼]   [Format for Print/Save] |
| Enter your email address: [          ]   [Email] |

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

**EXHIBIT C**





DESCRIPTION

http://www.zumiez.com/obey-lower-east-side-navy-tee-shirt.html — 6/12/2016

The Obey Lower East Side navy t-shirt embodies the classy style of it's namesake.



VIEW MORE FROM OBEY ▶

- Obey Lower East Side guys t-shirt.
- Navy colorway.
- Tonal Obey text and Andre The Giant star logo graphic at the left chest and back.
- 100% cotton.
- Imported.

Categories This Product Is In:

Men's T-Shirts
Men's Graphic Tees
Mens Street T-Shirts
Obey Clothing
Obey T-Shirts

Obey Crew Neck T-Shirts
Outlet Clothing
Discount, Cheap Tees & Outlet Priced T-shirts
Outlet Short Sleeve T-Shirts

## FEATURED









### NEED HELP?

TRACK MY ORDER

RETURNS & EXCHANGES

CUSTOMER SERVICE

### CONNECT

### EXPLORE

Wishlist
Gift Card
Jobs at Zumiez
About Zumiez

### BE THE FIRST TO KNOW

Subscribe to email + never miss out.

EMAIL SIGN UP

SHOP THE

CONTACT US

FIND A STORE

Zumiez Foundation
Blue Tomato
Community & Press
Investors
Popular Searches

SPRING CATALOG NOW ▸

REQUEST A CATALOG

© 2016 Zumiez | Privacy Policy | Terms & Conditions | Site Map